# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| ROSA COLON,<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>WYNDHAM HOTELS AND RESORTS<br>*doing business as Days Inn and Suites*,<br><br>　　　　　　　　Defendant. | Case No. 21-CV-564-JPS<br><br>**ORDER** |

On September 23, 2021, Plaintiff filed a notice of voluntary dismissal of her claims against Defendant without prejudice. (Docket #3). Given that Defendant has not filed an answer or a motion for summary judgment, the Court will adopt the notice. *See* Fed. R. Civ. P. 41(a)(1)(A)(i).

Accordingly,

**IT IS ORDERED** that Plaintiff's notice of voluntary dismissal (Docket #3) be and the same is hereby **ADOPTED**; and

**IT IS FURTHER ORDERED** that this action be and the same is hereby **DISMISSED without prejudice**.

Dated at Milwaukee, Wisconsin, this 23rd day of September, 2021.

BY THE COURT:

_____
J. P. Stadtmueller
U.S. District Judge